USDC KYWD (Rev. 06/19)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)      Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Western District of Kentucky

| | |
|---|---|
| United States of America | ) |
| v. | ) Case No:  0644 3:22CR104-2 |
| | ) |
| CHRISTOPHER LOCKE, JR. | ) USM No:  31710-510 |
| Date of Original Judgment:        8/14/2023 | ) |
| Date of Previous Amended Judgment: | ) |
| | *Defendant's Attorney: Donald J. Meier, Asst. Fed. Def.* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of    ☐ the defendant   ☐ the Director of the Bureau of Prisons   ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED        ☒ **GRANTED** and the defendant's previously imposed sentence of imprisonment *(as stated in the Judgment issued on 8/14/2023)* of 42 months is **REDUCED** to 37 months.  In determining the revised sentence, the Court has considered the retroactive change in the defendant's criminal history category as a result of Amendment 821 and the direction provided in § 1B1.10(b)(2)(A).  The Court has also taken into consideration the recalculation memo provided by U.S. Probation, the responses to such from the parties, and the factors set out in 18 USC § 3553(a). The Court concludes that a sentence of 37 months, at the low end of the resulting guideline range, properly reflects the seriousness of the offense conduct and is sufficient but not greater than necessary.

*(See Page 2 for additional parts.)*

Except as otherwise provided, all provisions of the Judgment dated _____8/14/2023_____ shall remain in effect.
**IT IS SO ORDERED**.

Order Date:        May 17, 2024

Effective Date: _____
*(if different from order date)*

**David J. Hale, Judge**
**United States District Court**